IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR94 |
| | ) | |
| ESTRELLA ALBA-CRUZ, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **July 19, 2005** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress Evidence [66]

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 27th day of June, 2005.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    United States Magistrate Judge