IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR94 |
| ESTRELLA ALBA-CRUZ, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT, and no objection from the defendant,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [66] is rescheduled to **August 9, 2005 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 11th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge