IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR94 |
| | ) | |
| ESTRELLA ALBA-CRUZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

UPON THE COURT'S OWN MOTION,

IT IS ORDERED that the Change of Plea hearing is continued to **February 10,  2006** at **1:30 p.m.** before  Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **February 6, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 6th day of February, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge