IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:05CR94 |
| ESTRELLA ALBA-CRUZ, | ) ) | **ORDER** |
| Defendant. | ) ) | |

UPON THE COURT'S OWN MOTION,

      IT IS ORDERED that the Change of Plea hearing is continued to **February 10, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

      For this defendant, the time between **February 6, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

      Since this is a criminal case, the defendant must be present, unless excused by the Court.

      DATED this 6th day of February, 2006.

                          BY THE COURT:

                          s/ F.A. Gossett
                          United States Magistrate Judge